IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID R. GRAHAM, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 10-1706 |
| v. ) | |
| ) | Judge Bloch |
| COMMISSIONER OF SOCIAL ) | Magistrate Judge Bissoon |
| SECURITY, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM ORDER

On April 11, 2011, this case was referred to United States Magistrate Cathy Bissoon for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(1)(A) and (B), and Rules 72.C and 72.D of the Local Rules for Magistrates.

On September 16, 2011, the magistrate judge issued a Report (Doc. 13) recommending that Plaintiff's Motion for Summary Judgment (Doc. 9) be denied, and that Defendant's Motion for Summary Judgment (Doc. 11) be granted. Service of the Report and Recommendation was made on the parties, and no objections have been filed. After a review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered:

AND NOW, on this __3rd__ day of __January,__ __2012__, IT IS HEREBY ORDERED that: Plaintiff's Motion for Summary Judgment (Doc. 9) is DENIED, and Defendant's Motion for Summary Judgment (Doc. 11) is GRANTED.

The Report and Recommendation of Magistrate Judge Bissoon dated September 16, 2011 is hereby adopted as the Opinion of the District Court.

                                         s|Alan N. Bloch
                                         Alan N. Bloch
                                         United States District Judge

cc (via email):

All Counsel of Record